## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANICE A. HEIMES, | ) | |
| | ) | 8:11CV303 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOHRN TRANSFER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte.*  On September 8, 2011, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting.  **See** Filing No. 4.  The parties' deadline for filing the report was September 29, 2011.  However, no planning report has been filed to date.  Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f)  **on or before the close of business on October 20, 2011, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 13th day of October, 2011.

BY THE COURT:


s/Thomas D. Thalken
United States Magistrate Judge